McCARTHY & HOLTHUS, LLP
Matthew Podmenik, Esq. (SBN: 219364)
Terry Loftus, Esq. (SBN: 86355)
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800
Facsimile: (619) 685-4811

Attorneys for Defendants,
Aurora Bank, FSB fka Lehman Brothers Bank, FSB, Aurora Loan Services, LLC and Quality Loan Services Corporation

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| | |
|---|---|
| In re: | Bankruptcy No.: 11-10499-AJ13 |
| JORGE CABITLAS CABALUM, | Chapter 13 |
| Debtor. | Adversary No. : |
| MARIA CABALUM<br>JORGE CABALUM, | State Court No.: SCV 249214 |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION** |
| v. | [28 USC §§1452(a); 1334(e); 157(a)] |
| AURORA LOAN SERVICES, LLC; LEHMAN BROTHERS BANK, FSB, a wholly owned subsidiary of LEHMAN BROTHERS HOLDINGS, INC.; QUALITY LOAN SERVICE CORPORATION; and DOES 1-50, Inclusive, | Judge: Honorable Alan Jaroslovsky |
| Defendants. | |

TO: THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE, PLAINTIFFS IN THE ABOVE-CAPTIONED STATE COURT CIVIL ACTION HEREBY REMOVED, THE CLERK OF THE SONOMA COUNTY SUPERIOR COURT AND THE UNITED STATES TRUSTEE:

////
////

1
NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants Aurora Bank, FSB fka Lehman Brothers Bank, FSB, Aurora Loan Services, LLC, erroneously sued herein as Aurora Loan Services, LLC, a wholly owned subsidiary of Lehman Brothers Holdings, Inc. collectively ("Aurora") and Quality Loan Service Corporation ("QLS") collectively ("Defendants") submit this Notice of Removal in accordance with Rule 9027 of the Federal Rules of Bankruptcy Procedure, 28 U.S.C. §1453(a), §1334(e) and §157(a), and respectively represent as follows:

1. On February 14, 2011, Jorge Cabitlas Cabalum ("Debtor") filed a voluntary Chapter 13 petition ("Petition"), which is pending before the United States Bankruptcy Court for the Northern District of California, Santa Rosa. The Petition id designated as Case No. 11-10499-AJ13.

2. On February 24, 2011, Debtor and Maria Cabalum ("Plaintiffs") filed a Complaint in the State Court Civil Action ("Civil Action") entitled *Cabalum v. Aurora, et al* in the Superior Court of Sonoma County California ("State Court") against Defendants. The Civil Action is designated as Case No. SCV 249214 in the State Court. The Complaint alleges nine (9) causes of action involving Debtor's real property located at 2242 Vallejo Street, Santa Rosa, California 95404 ("Property"). Incorporated into each cause of action being asserted by Plaintiffs the Defendants is that allegation that QLS, on behalf of Aurora, advanced a foreclosure sale of the Property in violation of the this Petition and the petition of Maria Cabalum filed in the Central District of California on February 11, 2011.[1] [Complaint: ¶18] Further, Plaintiffs Sixth Cause of Action for Cancellation of Trustee's Sale alleges that sale was unlawful due to the automatic stay. [Complaint: ¶58]. As such, Defendants are removing the Civil Action under 28 U.S.C.

---

[1] On February 11, 2011, Maria Teresa Calabum filed a voluntary Chapter 13 petition in the United States Bankruptcy Court Central District of California, case # 11-15941-EC. This was Maria Calabum's third bankruptcy petition in a year. The two prior cases were: Chapter 13 10-48513 filed 9/10/10 dismissed 11/09/10 and Chapter 13 10-58575 filed 11/12/10 dismissed 01/05/11. No request pursuant to 11 USC 362(c)(4)(B) was timely filed.

1334(e)(1) and ¶157(a) as the United States Bankruptcy Court has exclusive jurisdiction over property of the estate, including the Property.

3. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 9027(a)(1), this Notice of Removal is accompanied by copies of all process and pleadings know to Defendants and contained in the State Court's file in the Civil Action at the time of filing this Notice of Removal.

**WHEREFORE,** all parties to the Civil Action, pending in the State Court are HEREBY NOTIFIED that upon Notice of Removal with the Clerk of the State Court pursuant to Federal Rules of Bankruptcy Procedure, Rule 9027(c), the Civil Action is removed from the State Court to the Bankruptcy Court presiding over the Petition. The parties to the Civil Action shall proceed no further in the State Court unless and until the action is remanded by the Bankruptcy Court.

Dated: March 15, 2011

Respectfully submitted,
**McCARTHY & HOLTHUS, LLP**

By: _____
Terry Loftus, Esq.
Attorneys for Defendants,
Aurora Bank, FSB fka Lehman Brothers Bank, FSB,
Aurora Loan Services, LLC and
Quality Loan Service Corporation